519 F.2d 1376
 UNITED STATES of America, Plaintiff-Appellant,
v.
STATE OF ALASKA, Defendant-Appellee.
 No. 73-2400.
 United States Court of Appeals,
Ninth Circuit.
 July 28, 1975.
 
 Edward F. Bradley, Jr., Atty. (argued), Lands & Natural Resources Div., Dept. of Justice, Washington, D. C., for plaintiff-appellant.
 Thomas M. Phillips (argued), Houston, Tex., Charles K. Cranston (argued), Anchorage, Alaska, for defendant-appellee.
 ORDER
 Before KOELSCH, CARTER and WALLACE, Circuit Judges.
 
 
 1
 The judgment of the district court is reversed and the case is remanded for further proceedings consistent with United States v. Alaska, --- U.S. ---, 95 S.Ct. 2240, 45 L.Ed.2d 109 (1975).